1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 15 mc 5039 |
| Plaintiff, | (3:05-CR-5547-1) |
| vs. | |
| KRISTOPHER KELLY NOLAN, | **Order to Issue a Writ of** |
| Defendant/Judgment Debtor, | **Continuing Garnishment** |
| and | |
| TWIN CITIES BOILER REPAIR, INC., | |
| Garnishee. | |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment Debtor, Kristopher Kelly Nolan, from Twin Cities Boiler Repair, Inc., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Twin Cities Boiler Repair, Inc., whose address is Twin Cities Boiler Repair, Inc., Attn: Peggy Johnson, P.O. Box 10, Saint Michael, MN 55376.

//

**ORDER TO ISSUE A WRIT OF CONTINUING**
**GARNISHMENT**

1    DATED this 16 day of November, 2015.

2

3    _____
     UNITED STATES DISTRICT COURT JUDGE

4

5    Presented by:

6

7    _____
     KYLE A. FORSYTH, WSBA #34609
8    Assistant United States Attorney
     United States Attorney's Office
9    700 Stewart Street, Suite 5220
     Seattle, Washington 98101-1271
10   Telephone: (206) 553-7970
     Fax: (206) 553-4067
11   E-mail:  kyle.forsyth@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT**

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970